THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH COSSENTINO, Appellant.— Motion for assignment of counsel and for other relief denied. The court has obtained from the county clerk's office the original minutes of the trial. After examining such minutes, the court finds that no substantial error was made in the court below and that there is no merit to the appeal. Present — Lewis, P. J., Johnston, Adel, Sneed and Wenzel, JJ.

## (March 8, 1948.)

BOBAL REALTY CORPORATION, Appellant, v. JAMAICA REFRIGERATION SERVICE CORP., Respondent. BOBAL REALTY CORPORATION, Appellant, v. SAMUEL COHEN, Respondent. BOBAL REALTY CORPORATION, Appellant, v. MARK CHIN et al., Respondents. BOBAL REALTY CORPORATION, Appellant, v. BERTRAM A. OTIS et al., Respondents.— Motions for leave to appeal to the Appellate Division denied, without costs. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

JOHN NIKKARI, Appellant, v. S. SCOTT FAUBEL, Doing Business as ORIENTAL BUS SERVICE, et al., Respondents.— (No. 196.) Motion to substitute in pending appeal the executrix of plaintiff, granted. (No. 197.) Motion to compel respondents to furnish missing exhibits or for other relief denied, without costs. Upon the settlement of the case on appeal before the Justice who tried the case (Mr. Justice DAVIS), counsel for the parties are directed to appear together with the witness who, upon the trial, drew the exhibit in question, and there agree upon a reproduction of the exhibit in the record on appeal. In the event of disagreement between counsel, the Trial Justice will settle the issue and decide upon the form and content of the reproduced exhibit in the same manner as he would settle any other dispute relating to the contents of the record. Present — Lewis, P. J., Carswell, Adel, Sneed and Wenzel, JJ.

PARKWEST REALTY CORP., Appellant, v. JAMES R. KENNY, Respondent.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Lewis, P. J., Carswell, Adel, Sneed and Wenzel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE M. BROWNE, Appellant.— The notice will be treated as an application made to a Justice of the Appellate Division, pursuant to the provisions of subdivision 3 of section 520 of the Code of Criminal Procedure, for a certificate permitting an appeal to the Court of Appeals. The application is denied by Mr. Justice ADEL.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES FARNSWORTH, Appellant.—The notice will be treated as an application made to a Justice of the Appellate Division, pursuant to the provisions of subdivision 3 of section 520 of the Code of Criminal Procedure, for a certificate permitting an appeal to the Court of Appeals. The application is denied by Mr. Justice SNEED.

GERTRUDE ESTIN, Respondent, v. JOSEPH ESTIN, Appellant.— In a separation action, order awarding to plaintiff counsel fees and expenses in connection with argument on the return of a writ of certiorari in the United States Supreme Court modified by striking out the figure " $1,150 ", and substituting in place thereof the figure " $650 ". As thus modified the order is affirmed, without costs. In view of all the facts and circumstances, and particularly the amounts of the prior allowances, the allowance herein was excessive. Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur.

SALVATORE FIORITO, Appellant, v. STEINWAY OMNIBUS CORPORATION, Respondent.— Action to recover damages for personal injuries. Judgment in favor of the defendant, after a trial by the court, without a jury, unanimously affirmed,